No. 93–9630. CONNER *v.* MISSISSIPPI. Sup. Ct. Miss. Certiorari denied.

No. 93–9749. CULLUM *v.* RENO, ATTORNEY GENERAL OF THE UNITED STATES, ET AL. C. A. 5th Cir. Certiorari denied.

No. 93–9781. LIBBY *v.* DUVAL, SUPERINTENDENT, MASSACHUSETTS CORRECTIONAL INSTITUTION AT CEDAR JUNCTION. C. A. 1st Cir. Certiorari denied.

No. 94–7. WEST PENN POWER CO. ET AL. *v.* PENNSYLVANIA PUBLIC UTILITY COMMISSION ET AL. Commw. Ct. Pa. Certiorari denied.

No. 94–13. KANSAS DEPARTMENT OF CORRECTIONS *v.* BRINKMAN ET AL. C. A. 10th Cir. Certiorari denied.

No. 94–56. MITCHELL ET AL. *v.* STATE FARM FIRE & CASUALTY CO.; and
No. 94–290. STATE FARM FIRE & CASUALTY CO. *v.* MITCHELL ET AL. C. A. 10th Cir. Certiorari denied.

No. 94–64. CHESAPEAKE BAY FOUNDATION, INC. *v.* DEPARTMENT OF AGRICULTURE. C. A. D. C. Cir. Certiorari denied.

No. 94–84. RAMONA CONVENT OF THE HOLY NAMES *v.* CITY OF ALHAMBRA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 94–86. BELL ET AL. *v.* CITY OF MIAMI. Sup. Ct. Fla. Certiorari denied.

No. 94–98. SOUTHERN OHIO COAL CO. *v.* OFFICE OF SURFACE MINING, RECLAMATION AND ENFORCEMENT, DEPARTMENT OF THE INTERIOR, ET AL. C. A. 6th Cir. Certiorari denied.

No. 94–102. BORDEN, INC. *v.* NATIONAL LABOR RELATIONS BOARD ET AL. C. A. 10th Cir. Certiorari denied.